JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEVORG MATEVOSYAN,<br><br>    Plaintiff,<br><br>    v.<br><br>MERCEDES-BENZ USA, LLC, et al.,<br><br>    Defendants. | Case No. CV 22-4679-MWF(JEMx)<br><br>**ORDER DISMISSING ACTION** |

On August 7, 2023, Plaintiff Gevorg Matevosyan filed a Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (the "Notice"). (Docket No. 30). Because Defendant Mercedes-Benz USA, LLC filed an Answer to Complaint (Docket No. 8), the Court construes the Notice as a request for dismissal of this action pursuant to Fed. R. Civ. P. 41(a)(2). The Court **ORDERS** dismissal without prejudice. If the parties wish to dismiss this action with prejudice, a stipulation for dismissal should be filed.

**IT IS SO ORDERED.**

Dated: August 7, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge